*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



★ ★ ★      ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00635-CV

In the **INTEREST OF S.S.**, R.L.S., and G.S., Children

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 1976-CI-11715
Honorable Barbara Hanson Nellermoe, Judge Presiding

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
                 Steven C. Hilbig, Justice
                 Marialyn Barnard, Justice

Delivered and Filed: December 9, 2009

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal with each party bearing its own costs. However, the motion does not contain a certificate of conference or any attachment reflecting an agreement of the parties regarding the assessment of costs. *See* TEX. R. APP. P. 42.1(d) (absent agreement of parties, costs are taxed against appellant). Accordingly, we grant the motion to dismiss, but order all costs of the appeal assessed against appellant. *See* TEX. R. APP. P. 42.1(a)(1), (d).

PER CURIAM